Lewis N. Stoddard, ISB No. 7766
ALDRIDGE PITE, LLP
13125 W. Persimmon Lane, Suite 150
Boise, ID 83713
Telephone: (619) 326-2404
Fax: (858) 726-2404
Email:  lstoddard@aldridgepite.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re:<br><br>KA INVESTMENTS, INC.<br><br><br>Debtor | Case No. 17-00495-TLM<br>Chapter 7<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |
|---|---|

**TO:   THE CLERK OF THE ABOVE ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Trustee Noah G. Hillen, by and through his counsel of record, RCO Legal, P.C., hereby provides notice, pursuant to Rule 45(b)(1) of the F.R.B.P. 9016, of his intent to serve a Subpoena Duces Tecum on the following individuals or entities:

1.) Idaho Independent Bank

2.) Idaho Central Credit Union

3.) Wells Fargo Bank, N.A.

4.) American Express

5.) PayPal Holdings, Inc.

6.) TradeStation

7.) TD Ameritrade

8.) Bank of America, N.A.

- 1

- 2

    9.) Chase Bank, N.A.

    10.) HSBC Card Services

    11.) Visa USA Inc.

Copies of the subpoenas are attached.

    Dates this 21 day of December, 2017.

                                                /s/ Lewis N. Stoddard  
                                        LEWIS N. STODDARD  
                                        Attorney for Trustee

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on 21st day of December 2017, I filed the foregoing NOTICE OF INTENT TO SERVE SUBPOENA electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

Kimbell D. Gourley
kgourley@idalaw.com

Noah G. Hillen
ngh@hillenlaw.com

Robert A. Faucher
rfaucher@hollandhart.com

Kalenna Bluemer
kaleena@angstman.com

Joseph B. Jones
Joseph.jones@finance.idaho.gov

Jed W. Manwaring
jmanwaring@evanskeane.com

Randall J. French
rfrench@rferenchlaw.com

AND, I FURTHER CERTIFY that on such date I served the foregoing NOTICE OF INTENT TO SERVE SUBPOENA on the following non-CM/ECF Registered Participants by first class mail, postage prepaid:

KA Investments, Inc.
308 N. 15th Street
Boise, ID 83702

Scott Pederson
POB 601
Bothell, WA 98041

Janet Ouderkirk
267 S. Aster Ave.
Star, ID 83669


                        /s/ Lewis N. Stoddard

Dated:   December 21, 2017

**- 4**