Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| KA INVESTMENTS, INC. | Case No. 17-00495-TLM |
| | Chapter 7 |
| Debtor(s) | |

**OBJECTION TO CLAIM AND NOTICE**

TO:   Monte and Brenda Bell
      24886 Greyhawk Drive
      Middleton, ID 83644

**NOTICE**

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has objected to the allowance of your Claim No. 29, filed on August 23, 2017 in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim, and you wish to contest the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the Clerk of the Bankruptcy Court, Federal Building, 550 West Fort Street, Boise, ID 83724; and (2) a copy with the Trustee. *If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty-day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to. If you or your attorney do not take these steps,

**OBJECTION TO CLAIM AND NOTICE - 1**

the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

## OBJECTION

Trustee's objection is made on the following grounds:

1. Claimants filed one claims in this case, Claim No. 29, in the amount of $107,833.86.

### First Objection

2. Claimants received distributions from Debtor totaling $100,000 in the 90 days prior to the Petition Date. Trustee has demanded payment of $100,000 from Claimants pursuant to 11 U.S.C. § 547 to recover a preferential transfer. 11 U.S.C § 502(d) provides in relevant part that the Court shall disallow any claim of any entity that is a transferee of a transfer avoidable under § 547 of the Bankruptcy Code, unless such entity has paid the amount. To date, the $100,000 has not been turned over to the bankruptcy estate. Accordingly, claims 29 should be disallowed.

### Second Alternative Objection

3. Accounting analysis provided by Accountant to Trustee indicates that Claimant deposited $172,000 initially with the Debtor and received a $100,000 disbursement from the Debtor. Documentation attached to Claim includes fictitious gains on the claimed amount owed. Should the first objection not be sustained, in the alternative, Trustee requests that Claim be allowed in the reduced amount of $72,000.

Date: December 10, 2018                                   /s/ Noah G. Hillen
                                                          Chapter 7 Trustee

**OBJECTION TO CLAIM AND NOTICE - 2**

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*\*Electronic Notification:*

**US Trustee**   ustp.region18.bs.ecf@usdoj.gov
Pro Se  dbc@dbclarklaw.com

*Served by U.S. MAIL :*

Monte and Brenda Bell
24886 Greyhawk Drive
Middleton, ID 83644


                                        /s/ Noah G. Hillen
                                        Date:   December 10, 2018

**OBJECTION TO CLAIM AND NOTICE - 3**