Kimbell D. Gourley/ISB No. 3578
JONES ♦WILLIAMS ♦FUHRMAN ♦GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170§
Facsimile: (208) 331-1529
Email: kgourley@idalaw.com

Attorney for Monty and Brenda Bell

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In the matter of:

KA INVESTMENTS, INC.

Debtor.

Case No.: 17-00495-TLM

**Chapter 7**

## RESPONSE AND OPPOSITION TO CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM AND NOTICE

COME NOW the Creditors, Monty and Brenda Bell (collectively the "Bells"), by and through their counsel of record, Jones Williams Fuhrman Gourley, P.A., and hereby object to and oppose the Objection to Claim and Notice [Docket Number 170] filed by the Chapter 7 Trustee, Noah Hillen. This response and opposition is made on, among other reasons, the following grounds:

1. There has been no decree or determination that any preferential transfers were made to the Bells by the debtor, KA investments, Inc.;

2. The Bells do not dispute that certain distributions were made to them by the debtor, KA Investments, Inc., but the Bells do dispute that preferential transfers were made to

them; and

3. There has been no decree or determination that fictitious gains were made on the subject funds received by the debtor, KA Investments, Inc. from the Bells; and

Wherefore, the Bells respectfully requests the court deny the Chapter 7 Trustee, Noah Hillen's Objection to Claim and Notice.

Dated this 8th day of January, 2019

JONES ♦GLEDHILL ♦FUHRMAN ♦GOURLEY, P.A.

By: _____
Kimbell D. Gourley
Attorney for Monty and Brenda Bell

RESPONSE AND OPPOSITION TO CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM AND NOTICE-
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2019, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| |
|---|
| Noah G. Hillen- ngh@hillenlaw.com |
| U.S. Trustee – ustp.region18.bs.ecf@usdoj.gov |
| Robert A Faucher - rfaucher@hollandhart.com |
| Lewis Nishioka Stoddard - lstoddard@aldridgepite.com |

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| KA Investments, Inc.<br>308 N. 15th Street<br>Boise, ID 83702 |

Kimbell D. Gourley

RESPONSE AND OPPOSITION TO CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM AND NOTICE-
PAGE 3