Noah G. Hillen
Chapter 7 Bankruptcy Trustee
PO Box 6538
Boise, ID  83707
(208) 297-5774
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>KA INVESTMENTS, INC.<br><br><br>Debtor | CHAPTER 7<br>CASE NO. 17-00495-TLM<br><br>**WITHDRAWAL OF OBJECTION<br>TO PROOF OF CLAIM** |

Noah G. Hillen, Chapter 7 Trustee of the above-entitled case states the following:

1. The Trustee has filed an Objection to Proof of Claim No. 34 filed by Douglas Lloyd and Lisa Kasefang.

2. The Claimant, who has filed the Proof of Claim, has filed an amended claim #36 to reflect that the $138,000 claimed in Claim 34 was due to a $13,000 transfer from the investment with the Debtor referenced in Claim 36.  Trustee is satisfied that the balance of Claims 34, 35 and 36 match the accounting of Claimants' investments with the Debtor.

3. Therefore, the Trustee withdraws his Objection to Claim No. 34.

DATED:  January 17, 2019                    /s/  Noah G. Hillen
                                                                    Chapter 7 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

Pro Se
dbc@dbclarklaw.com

*Served by U.S. MAIL :*

Douglas Lloyd and Lisa Kasefang
110 E. Center Street #3199
Madison, SD 57042

                                          /S/  Noah G. Hillen
                                          Chapter 7 Bankruptcy Trustee
                                          Date: January 17, 2019

WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM  17-00495-TLM