Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| KA INVESTMENTS, INC. | Case No.  17-00495-TLM |
| | Chapter 7 |
| Debtor(s) | |

**AMENDED OBJECTION TO CLAIM AND NOTICE**

TO:   Mary Jaquier
      267 S Astro Avenue
      Star, ID 83669

**NOTICE**

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has objected to the allowance of your Claim No. 22, filed on July 17, 2017 in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim, and you wish to contest the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original (1) with the Clerk of the Bankruptcy Court, Federal Building, 550 West Fort Street, Boise, ID  83724; and (2) a copy with the Trustee.  *If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty-day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to.  If you or your attorney do not take these steps,

**AMENDED OBJECTION TO CLAIM AND NOTICE - 1**

the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

## **OBJECTION**

Trustee's objection is made on the following grounds:

1. Accounting analysis provided by Accountant to Trustee and documentation provided by Claimant indicate that Claimant deposited $3,500 initially with the Debtor and received $1,000 in distributions from the Debtor. Documentation attached to Claim includes fictitious gains in the claimed amount owed. Trustee requests that Claim be allowed in the reduced amount of $2,500.

Date:  January 17, 2019                              /s/ Noah G. Hillen_____
                                                              Chapter 7 Trustee

**AMENDED OBJECTION TO CLAIM AND NOTICE - 2**

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Amended Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

**US Trustee**   ustp.region18.bs.ecf@usdoj.gov
Pro Se   dbc@dbclarklaw.com

*Served by U.S. MAIL :*


Mary Jaquier
267 S. Astro Avenue
Star, ID 83669




                /s/ Noah G. Hillen
                Date:   January 17, 2019

**AMENDED OBJECTION TO CLAIM AND NOTICE - 3**