Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>KA INVESTMENTS, INC.<br><br>Debtor(s) | Case No. 17-00495-TLM<br><br>Chapter 7 |

### SECOND AMENDED OBJECTION TO CLAIM AND NOTICE

TO:   Adrian Sam Ball
      8103 S. Danskin Ln
      Meridian, ID  83642

### NOTICE

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has amended his objection to the allowance of your Claim No. 18, filed on July 13, 2017 in this bankruptcy case.

<u>**Your claim may be reduced, modified, or eliminated**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim, and you wish to contest the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original (1) with the <u>Clerk of the Bankruptcy Court, Federal Building, 550 West Fort Street, Boise, ID  83724</u>; and (2) a copy with the Trustee.  *If you mail your response to the court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty-day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period.  <u>Failure to file a written reply will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to</u>.  If you or your attorney do not take these steps,

**SECOND AMENDED OBJECTION TO CLAIM AND NOTICE - 1**

the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

## **OBJECTION**

Trustee's objection is made on the following grounds:

1. Based on documentation provided by Creditor with his Response to Objection to Claim 18 (Doc. No. 220), Creditor invested $62,592.77 with the Debtor. In his response, Creditor agrees to reduce the Claimed amount to the amount of initial investment. Trustee requests that Claim 18 be allowed in the reduced amount of $62,592.77.

Date:  January 28, 2019                             /s/ Noah G. Hillen_____
                                                                    Chapter 7 Trustee

**SECOND AMENDED OBJECTION TO CLAIM AND NOTICE - 2**

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

**US Trustee**    ustp.region18.bs.ecf@usdoj.gov

*Served by U.S. MAIL :*

Adrian Sam Ball
8103 S. Danskin Ln
Meridian, ID  83642

        /s/ Noah G. Hillen
        Date:   January 28, 2019

**SECOND AMENDED OBJECTION TO CLAIM AND NOTICE - 3**