# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Case No. 17-00495-TLM |
| KA INVESTMENTS, INC., | |
| Debtor. | Chapter 7 |

## ORDER APPROVING COMPROMISE

Based on the decision entered orally this date and good cause appearing,

IT IS HEREBY ORDERED that the "Motion to Approve Compromise Under Fed. R. Bankr. P. 9019 – Grotting/Allen Claim," Doc. No. 384, is GRANTED, and the compromise is APPROVED.

DATED:  January 8, 2020

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

ORDER - 1